# United States Court of Appeals
# for the Fifth Circuit

————————

No. 23-30899
Summary Calendar

————————

United States Court of Appeals
Fifth Circuit

**FILED**

May 2, 2025

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

DAVID THOMPSON,

*Defendant—Appellant*.

————————————————————————

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:22-CR-173-1

————————————————————————

Before WIENER, HO, and RAMIREZ, *Circuit Judges*.

PER CURIAM:*

David Thompson argues that his statute of conviction, 18 U.S.C. § 922(g)(1), violates the Second Amendment on its face and as applied to him in light of *New York State Rifle & Pistol Ass'n, Inc. v. Bruen*, 597 U.S. 1 (2022).

Thompson's facial Second Amendment challenge is foreclosed by *United States v. Diaz*, 116 F.4th 458, 471-72 (5th Cir. 2024), *petition for cert.*

————————————————

* This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 23-30899

*filed*, (U.S. Feb. 18, 2025) (No. 24-6625). *See United States v. Contreras*, 125 F.4th 725, 729 (5th Cir. 2025). His as-applied challenge is also foreclosed by *Diaz*, as he has prior felony convictions for theft and burglary, a "theft-related" offense. *United States v. Schnur*, 132 F.4th 863, 871 (5th Cir. 2025); *see Diaz*, 116 F.4th at 468-70.

AFFIRMED.